8580. PHINAZEE *v.* GODARD, constable, for use, etc.

GEORGE, J. In order for this court to review the refusal of a judge of the superior court to sanction a certiorari, the petition for certiorari must be incorporated in the bill of exceptions, or be verified as a part thereof by the trial judge; an unsanctioned petition can not be specified as a part of the record. *Taylor* v. *Omega,* 12 *Ga. App.* 693 (78 S. E. 144), and cit.; *Wood* v. *County of Tattnall,* 115 *Ga.* 1000 (42 S. E. 403), and cit.

*Writ of error dismissed. Wade, C. J., and Luke, J., concur.*
DECIDED JUNE 15, 1917.

Petition for certiorari; from Monroe superior court—Judge Searcy. February 5, 1917.

*J. M. Smith,* for plaintiff in error.  *A. M. Zellner,* contra.